**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**LEONARD WINTER,**

       **Plaintiff,**

**v.**                                          **Case No:   6:13-cv-1102-Orl-40TBS**

**COMMISSIONER OF SOCIAL
SECURITY,**

       **Defendant.**

## ORDER

This cause is before the Court on the Plaintiff's action pursuant to the Social Security Act ("Act"), as amended, 42 U.S.C. § 405(g), to obtain judicial review of a final decision of the Commissioner of the Social Security Administration ("Commissioner") denying his claim for disability insurance benefits under the Act.

The United States Magistrate Judge has submitted a report recommending that the Commissioner's final decision in this case be REVERSED and REMANDED for further proceedings consistent with the findings of the report.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed July 15, 2014 (Doc. No. 17) is **ADOPTED and CONFIRMED** and made a part of this Order.

2. The Commissioner's final decision in this case is **REVERSED and REMANDED** for further proceedings consistent with the findings of the report.

3. The Clerk is directed to enter judgment accordingly and **CLOSE** the file.

4. Plaintiff is advised that the deadline to file a motion for attorney's fees pursuant to 42 U.S.C. § 406(b) shall be thirty (30) days after Plaintiff receives notice from the Social Security Administration of the amount of past due benefits awarded.

5. Plaintiff is directed that upon receipt of such notice, he shall promptly email Mr. Rudy and the OGC attorney who prepared the Commissioner's brief to advise that the notice has been received.

**DONE AND ORDERED** at Orlando, Florida this 5th day of August, 2014.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies:   Counsel of Record