# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

LEONARD WINTER,

        Plaintiff,

v.                                Case No:   6:13-cv-1102-Orl-40TBS

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

## ORDER

This cause is before the Court on Plaintiff's Uncontested Motion for Attorney's Fees (Doc. 20) filed on October 9, 2014.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed October 10, 2014 (Doc. 21), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Plaintiff's Uncontested Motion for Attorney's Fees is hereby **GRANTED** in the amount of **$3,033.05** for attorney's fees together with costs in the amount of **$400.00** for the filing fee to be paid out of The Judgment Fund.

3. The Court authorizes payment to be made directly to Plaintiff's counsel.

**DONE** and **ORDERED** in Orlando, Florida on October 30, 2014.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties