**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

LEONARD WINTER,

        Plaintiff,

v.                                                               Case No:  6:13-cv-1102-Orl-40TBS

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

**ORDER**

This cause is before the Court on Plaintiff's Unopposed Request for Authorization to Charge a Reasonable Fee Pursuant to 42 U.S.C. §406(b) (Doc. 23) filed on November 10, 2015. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that a Joint Statement in Response to the Report and Recommendation (Doc. 25) of no objection was filed on November 16, 2015, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed November 12, 2015 (Doc. 24), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Unopposed Request for Authorization to Charge a Reasonable Fee Pursuant to 42 U.S.C. §406(b) (Doc. 23) is **GRANTED**.

3. Payment of §406(b) fees to Richard A. Culbertson, Esq. in the amount of $20,758.92 is **APPROVED**

**DONE AND ORDERED** in Orlando, Florida on November 17, 2015.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

2